No. 95–193. JOLICOEUR FURNITURE CO., INC. *v.* BALDELLI ET AL. Sup. Ct. R. I. Certiorari denied.

No. 95–370. ATCHLEY *v.* SMITH ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–372. SWANSON ET AL. *v.* FAULKNER, SECRETARY, NORTH CAROLINA DEPARTMENT OF REVENUE, ET AL.; and
No. 95–373. HOMESLEY ET AL. *v.* FAULKNER, SECRETARY, NORTH CAROLINA DEPARTMENT OF REVENUE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–387. LEWIS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 95–391. WOOD ET AL. *v.* WASH ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–400. NUMMER *v.* MICHIGAN DEPARTMENT OF TREASURY. Sup. Ct. Mich. Certiorari denied.

No. 95–409. PROMETHEUS FUNDING CORP., FKA FRANK B. HALL & CO., INC., ET AL. *v.* MERCHANTS HOME DELIVERY SERVICES, INC. C. A. 9th Cir. Certiorari denied.

No. 95–412. SHAW *v.* HAHN ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–416. SEABOLT *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 95–421. MALEKZADEH *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 95–423. JOHNSON *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–429. BROWN, ADMINISTRATRIX OF THE ESTATE OF BROWN, DECEASED *v.* ODOM ET AL. C. A. 4th Cir. Certiorari denied.